**Gerald Arthur GILLESPIE, Appellant,**

v.

**State of MINNESOTA, Appellee.**

No. 11–1836.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 4, 2011.

Filed: Oct. 7, 2011.

Gerald Arthur Gillespie, North Branch, MN, pro se.

John Steven Garry, Assistant Attorney General, Attorney General's Office, St. Paul, MN, for Appellee.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gerald Arthur Gillespie appeals the district court's[1] dismissal of his action seeking to set aside his state criminal conviction, for which his sentence has expired. Upon de novo review, *see Hastings v. Wilson,* 516 F.3d 1055, 1058 (8th Cir.2008), we

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.